# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SHASHI GROUP LLC, a California limited liability company; SHASHI GROUP HOLDING, LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>    Defendant. | Case No. 2:22-CV-01138-KJM-KJN<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**<br><br>Complaint Filed   June 29, 2022<br>Trial Date:         None Set |

Having considered the Parties' Stipulation to Set Aside Clerk's Entry of Default, and good cause appearing therefore, the Stipulation is GRANTED.

**IT IS HEREBY ORDERED:**

1. The Court set aside the default entered by the Clerk in this matter; and
2. Defendants shall be permitted to file a responsive pleading within twenty-one days of the Court's entry of an order on the Stipulation.

Dated: August 24, 2022

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jime.1138